# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF MISSOURI

## PETITION FOR ADMISSION PRO HAC VICE

### Affidavit of Movant

I, Kevin Prewitt, an active member in good standing of the Bar of the United States District Court for the Western District of Missouri, request that this court admit pro hac vice, Gregory S. Cordrey, an attorney admitted to practice in a United States District Court, but not admitted to the Bar of this court, who will be counsel for the The Sourcing Group, LLC, in the case(s) listed below. I am aware that the local rules of this court require that I participate in the preparation and presentation of said case(s), and that I accept service of all papers served. I also understand and agree that if the admittee does not sign up to receive CM/ECF filings, I will be responsible for notifying the admittee of all papers served by CM/ECF.

**Signature of Movant/Attorney** [signed]

**MO Bar Number:** 66161

**Date:** 5/19/2023

**Address:** 2345 Grand Blvd., Suite 1500

**Phone:** 816-472-3146

Kansas City, MO 64108

### Affidavit of Proposed Admittee

I, Gregory S. Cordrey, certify that I reside outside the boundaries of the Western District of Missouri and I am not admitted to the Bar of this court. I am a member in good standing in the state(s) of California and the United States District Court(s) of (See Attached). (Attach additional page if necessary.) Pursuant to Local Rule 83.5(h), I certify I am a member in good standing in all bars of which I am a member. I understand that if this court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served. I am aware that I can register to receive CM/ECF filings. I understand and agree that should I choose not to register for CM/ECF, I will arrange with movant to keep me advised of papers served and filed in this case.

**Case Number(s):** 4:23-cv-00215-RK

**Case Title(s):** SLWM LLC v. The Sourcing Group, LLC, et al.

**Date:** 5/19/2023

**Signature:** [signed]

**State Bar of Residence & Bar Number:** California, Bar No. 190144

**Address:** 3 Park Plaza, Suite 1100
Irvine, CA 92614

**Phone:** 949-623-7236

**Email:** GCordrey@jmbm.com

Pursuant to WDMO Local Rule 83.5(h) a fee of $100 is required for each case in which the attorney is seeking admittance.

# GREGORY C. CORDREY'S BAR ADMISSIONS

| DATE | COURT |
| --- | --- |
| November 25, 1997 | United States Court of Appeals for the Ninth Circuit |
| December 8, 1997 | United States District Court - Central District of California |
| April 21, 1998 | United States District Court - Southern District of California |
| December 8, 1998 | United States District Court - District of Arizona (admitted pro hac vice) |
| September 15, 2000 | United States District Court - Northern District of California |
| November 23, 2004 | United States Court of Appeals for the Federal Circuit |
| December 2007 | United States District Court - Western District of Wisconsin (admitted pro hac vice) |
| 2011 | United States District Court – District of Massachusetts (admitted pro hac vice) |
| May 11, 2011 | United States District Court – Eastern District of California |
| March 11, 2013 | United States District Court – Eastern District of Texas |
| February 2021 | United States District Court - District of Delaware (admitted pro hac vice) |
| January 2022 | United States District Court - Southern District of New York (admitted pro hac vice) |
| June 2022 | United States District Court - Northern District of Florida (admitted pro hac vice) |