IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| SLWM LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:23-cv-215 |
| | ) | |
| v. | ) | Hon. Roseann Ketchmark |
| | ) | |
| The Sourcing Group, LLC, Kyle Smith, Rachelle | ) | |
| Reeves, Jennifer Harrington, Amy Tilla, | ) | |
| Stephanie Wazlavek, Amy Woods, Noah North, | ) | |
| Amber Hornberger Black, William Caan, and Joe | ) | |
| Falcone, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINES FOR
PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION (Dkt. 2)**

Defendants The Sourcing Group, LLC ("TSG"), Kyle Smith, Rachelle Reeves, Jennifer

Harrington, Amy Tilla, Stephanie Wazlavek, Amy Woods, Noah North, Amber Hornberger Black,

William Caan, and Joe Falcone, (collectively, the "Defendants"), by and through counsel,

respectfully move the Court for a brief extension of the parties' briefing deadlines for Plaintiff's

Emergency Motion for Preliminary Injunction (Dkt. 2). In support, Defendants state as follows:

1.  Pursuant to the Court's Preliminary Scheduling Order (Dkt. 38), Defendants'

opposition to Plaintiff's Emergency Motion for Preliminary Injunction is due June 14, 2023 and

Plaintiff's reply is due June 21, 2023.

2.  The parties conferred and agreed to reschedule certain depositions for discovery in

this matter. As part of that agreement, the parties agreed to extend the above-referenced briefing

deadlines as follows:

     a.    Defendants' opposition deadline to June 19, 2023; and

     b.    Plaintiff's reply deadline to June 25, 2023.

3.     These extensions do not impact any other deadlines.

4.     There have been no prior requests to extend these deadlines.

5.     The requested extensions are unopposed.

6.     Good cause for extending the deadlines exists as described above.

WHEREFORE, Defendants request that the Court sustain this motion, extend the Defendants' deadline for filing an opposition to Plaintiff's Emergency Motion for Preliminary Injunction to and including June 19, 2023, extend Plaintiff's deadline for filing a reply to and including June 25, 2023, and grant such further relief as the Court deems just and proper.

Respectfully submitted,

ARMSTRONG TEASDALE LLP

___/s/ Kevin W. Prewitt_____
Kevin W. Prewitt              #66161
Nicholas D. Slovikoski        #73019
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Telephone:  816.221.3420
Fax:  816.221.0786
kprewitt@atllp.com
nslovikoski@atllp.com

Clark H. Cole                 #28668
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105
Telephone: 314.621.5070
Fax: 314.621.5065
ccole@atllp.com

JEFFER  MANGELS  BUTLER  &
MITCHELL LLP
R. Scott Brink, admitted *pro hac vice*
Dan P. Sedor, admitted *pro hac vice*
Raef Cogan, admitted *pro hac vice*
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067
(P) 310-203-8080
(F) 310-712-8554
sbrink@jmbm.com

dsedor@jmbm.com
rcogan@jmbm.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of June, 2023, I filed the foregoing through the Court's

CM/ECF system, which will send notice of the electronic filing to all counsel of record.

_/s/ Kevin W. Prewitt_
Attorney for Defendants